PODLEWSKI, Respondent, v. GOLLIEK & SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Joseph Podlewski against Golliek & Smith. No opinion. Order affirmed, with $10 costs and disbursements.

POLAND et al., Appellants, v. HOLLANDER et al., Respondents. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Arthur Poland and another against Ellen L. R. Hollander and another. F. C. Avery, for appellants. J. A. Thompson, for respondents. No opinion. Order modified, by requiring that the security to be given by plaintiff be for the benefit of both defendants, and, as modified, affirmed, without costs. Settle order on notice.

POPE et al., Respondents, v. GILMER BROS. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Chas. H. Pope and others against the Gilmer Bros. Company. W. E. Deane, for appellant. M. Ash, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

POST, Appellant, v. KERWIN, Respondent. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Alfred Post against Andrew J. Kerwin, Jr. No opinion. Motion granted, with $10 costs, unless within 40 days the appellant make and file the case, in which case the motion is denied.

PRESKY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department, October 30, 1908.) Action by Francis C. Presky against the city of New York. No opinion. Motion granted, with $10 costs. Order filed.

PRETSCHER, Respondent, v. BELLOFF et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Katharina Pretscher against Conrad Belloff and another. No opinion. Controversy dismissed, without costs to either party.

In re PUBLIC PARKS. In re SEIDLER. (Supreme Court, Appellate Division, First Department. October 16, 1908.) In the matter of public parks. In the matter of Seidler. No opinions. Reference ordered. Settle order on notice.

PULLMAN v. PULLMAN. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Gussie Pullman against Max M. Pullman. No opinion. Motion granted, with $10 costs. Order filed.

PUNSKY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Theodore Punsky against the city of New York. No opinion. Motion denied.

RAFTER, Respondent, v. ABBOTT PRESS, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Adolphe Rafter against the Abbott Press. No opinion. Judgment of the Municipal Court affirmed, with costs.

RANDALL, Appellant, v. SCHULTZ et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Harry Randall against Hugo C. Schultz and Charles E. Teale, public administrators of Kings county, as administrators with the will annexed of the goods, chattels, and credits left unadministered of Minna Schultz, deceased, and another. No opinion. Motion denied, on condition that the appellant perfect his appeal within 15 days, and place the cause on the calendar; otherwise, motion granted, with $10 costs.

REESE, Appellant, v. BEEVER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) Action by James Reese against Ida M. Beever and others. No opinion. Judgment affirmed, with costs.

In re REILLY. (Supreme Court, Appellate Division, First Department. October 23, 1908.) In the matter of Robert B. Reilly, deceased. No opinion. Decree affirmed, with costs. Order filed.

RENWICK v. RENWICK. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Eleanor Renwick against Harold S. Renwick. No opinion. Motion granted, with $10 costs. Order filed.

REYNOLDS, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Kathleen Reynolds, as administratrix, etc., against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

RHEIN, Respondent, v. RICHMOND LIGHT & R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Christian H. Rhein against the Richmond Light & Railroad Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

RICH, Appellant, v. PENNSYLVANIA R. Co., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Frank Rich against the Pennsylvania Railroad Company. PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellant to abide event, on the ground that the case should have been submitted to the jury. See same case reported in 112 App. Div. 818, 98 N. Y. Supp. 678.

KRUSE, J., dissents.

RIESER, Respondent, v. PATI et al., Appellants. (Supreme Court, Appellate Division, First Department. October 23, 1908.) Action by Ely J. Rieser against Pasquale Pati and others. W.